IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | NO. 2:15-cv-01603 RSM |
| Plaintiff, | JOINT STATUS REPORT |
| vs. | |
| DEPARTMENT OF THE TREASURY, | |
| Defendant. | |

This is an action for declaratory and injunctive relief under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 et seq. At issue is a July 27, 2015 FOIA request Plaintiff submitted to Defendant.

By Joint Status Report dated May 3, 2017 (Dkt. No. 26), the parties reported that they were working together in good faith, and that Plaintiff is continuing to evaluate information that Defendant provided regarding the basis for redacting certain materials. The parties continue to work in good faith in an attempt to narrow the disputed issues in this matter.

Accordingly, the parties request that the Court continue to defer entry of a scheduling order. Unless the Court directs otherwise, the parties will file a joint status report in 60 days.

///

///

JOINT STATUS REPORT - 1
(Case No. 2:15-cv-01603 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

DATED this 11th day of August, 2017.

| U.S. DEPARTMENT OF JUSTICE | CALFO EAKES & OSTROVSKY PLLC |
|---|---|
| By: *s/ Richard J. Hagerman*<br>Richard J. Hagerman<br>Trial Attorney, Tax Division<br>U.S. Department Of Justice<br>Post Office Box 227<br>Washington, DC 20044<br>Tel: (202) 616-9832<br>Fax: (202) 514-6866<br>Email: richard.j.hagerman@usdoj.gov<br><br>*Attorney for Defendant Department of the Treasury* | By: *s/ Patricia A. Eakes*<br>By: *s/ Andrea D. Ostrovsky*<br>Patricia A. Eakes, WSBA #18888<br>Andrea D. Ostrovsky, WSBA #37749<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101-3808<br>Tel: (206) 407-2200<br>Fax: (206) 407-2224<br>Email: pattye@calfoeakes.com<br>Email: andreao@calfoeakes.com<br><br>BAKER & McKENZIE LLP<br><br>By: *s/ Daniel A. Rosen*<br>Daniel A. Rosen, NYBA #2790442<br>*Pro Hac Vice*<br>452 Fifth Avenue<br>New York, NY 10018<br>Tel: (212) 626-4272<br>Fax: (212) 310-1600<br>Email: daniel.rosen@bakermckenzie.com<br><br>*Attorneys for Plaintiff Microsoft Corporation* |

JOINT STATUS REPORT - 2
(Case No. 2:15-cv-01603 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Andrea D. Ostrovsky
    andreao@calfoeakes.com

    Daniel A. Rosen
    daniel.rosen@bakermckenzie.com

    Richard J. Hagerman
    richard.j.hagerman@usdoj.gov

By: *s/ Mary J. Klemz*
      Mary J. Klemz

JOINT STATUS REPORT - 3
(Case No. 2:15-cv-01603 RSM)

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224