HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DEPARTMENT OF THE TREASURY,<br><br>　　　　　　Defendant. | NO. 2:15-cv-01603 RSM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Microsoft Corporation and defendant Department of the Treasury agree and stipulate that the above captioned action shall be dismissed with prejudice. Counsel for the defendant has produced the records sought by plaintiff in its Freedom of Information Act request, and as a result, the case is now moot.

The parties further agree and stipulate that the parties shall bear their own costs and expenses of this action, including attorney's fees.

//
//
//
//
//
//

STIPULATION OF DISMISSAL WITH PREJUDICE
(Case No. 2:15-cv-01603 RSM) - 1

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

DATED this 10th day of October, 2017.

| U.S. DEPARTMENT OF JUSTICE | CALFO EAKES & OSTROVSKY PLLC |
|---|---|
| By: *s/ Richard J. Hagerman*<br>Richard J. Hagerman<br>Stephen S. Ho<br>Trial Attorneys, Tax Division<br>U.S. Department Of Justice<br>Post Office Box 227<br>Washington, DC 20044<br>Telephone:  202-616-9832<br>Facsimile:  202-514-6866<br>Email:  richard.j.hagerman@usdoj.gov<br><br>***Attorneys for Defendant Department of the Treasury*** | By: *s/ Patty A. Eakes*<br>Patricia A. Eakes, WSBA #18888<br>By: *s/ Andrea Delgadillo Ostrovsky*<br>Andrea Delgadillo Ostrovsky, WSBA #37749<br>1301 Second Avenue, Suite 2800<br>Seattle, WA  98101<br>Tel:  (206) 407-2200<br>Fax:  (206) 407-2224<br>Email:  pattye@calfoeakes.com<br>Email:  andreao@calfoeakes.com<br><br>BAKER & McKENZIE LLP<br><br>By: *s/ Daniel A. Rosen*<br>Daniel A. Rosen, NYBA #2790442<br>*Pro Hac Vice*<br>452 Fifth Avenue<br>New York, NY  10018<br>Tel:  (212) 626-4272<br>Fax:  (212) 310-1600<br>Email:  daniel.rosen@bakermckenzie.com<br><br>***Attorneys for Plaintiff Microsoft Corporation*** |

STIPULATION OF DISMISSAL WITH PREJUDICE
(Case No. 2:15-cv-01603 RSM) - 2

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Patricia A. Eakes
pattye@calfoeakes.com

Andrea Delgadillo Ostrovsky
andreao@calfoeakes.com

Daniel A. Rosen
daniel.rosen@bakermckenzie.com

Richard J. Hagerman
richard.j.hagerman@usdoj.gov

By: *s/ Mary J. Klemz*
    Mary J. Klemz

STIPULATION OF DISMISSAL WITH PREJUDICE
(Case No. 2:15-cv-01603 RSM) - 3

LAW OFFICES
**CALFO EAKES & OSTROVSKY PLLC**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101-3808
TEL (206) 407-2200   FAX (206) 407-2224